# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO PALOS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-00242-SKO (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2014. However, Plaintiff failed to sign his complaint. Unsigned filings cannot be considered by the Court and Plaintiff's complaint ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131. Plaintiff is required to file a signed complaint within **thirty (30) days** from the date of service of this order or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:　**February 26, 2014**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE