1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

ARCHIE CRANFORD,                               Case No.  1:14-cv-00242-SKO (PC)

11

              Plaintiff,          ORDER GRANTING MOTION TO
PROCEED IN FORMA PAUPERIS

12

    v.

(Doc. 5)

13

RICARDO PALOS, et al.,

14

              Defendants.

15

_____/

16
17

      Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action

18

pursuant to 42 U.S.C. § 1983 on February 24, 2014.  Plaintiff filed a motion seeking leave to

19

proceed in forma pauperis on March 7, 2014.  Good cause having been shown, Plaintiff's motion

20

to proceed in forma pauperis is HEREBY GRANTED.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th

21

Cir. 2000).

22
23

IT IS SO ORDERED.

24

    Dated:   **March 12, 2014**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28